IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SUNDANCE REHABILITATION
CORPORATION                                                                                    PLAINTIFF

VS.                                    CASE NO. 05-1046

HILLSBORO MANOR NURSING
HOME, INC.                                                                                     DEFENDANT

**ORDER**

 Plaintiff, SunDance Rehabilitation Corporation, has filed a Motion for Entry of Default and Default Judgment against Defendant HMNH, Inc. in the above styled and numbered matter. (Doc. No. 4). Plaintiff seeks a judgment by default against the Defendant, Hillsboro Manor Nursing Home, Inc. ("HMNH"), for its failure to file an answer or other responsive pleading in this action. The Defendant has not responded to Plaintiff's default judgment motion.

 On May 20, 2005, Plaintiff, Sundance Rehabilitation, filed a Complaint against the Defendant, HMNH, for breach of contract, quantum meruit, and suit on account. On July 12, 2005, SunDance filed an Amended Complaint against HMNH. HMNH has not filed an answer or otherwise responded to either the Complaint or the Amended Complaint in this matter. On September 29, 2005, the Clerk of the Court entered a Default against HMNH. SunDance now asks the Court to enter a Default Judgment against HMNH in the amount of $143,746.92 ($136,746.92 for therapy services rendered and $7,000 for attorneys' fees and costs).

 Under the Federal Rules of Civil Procedure 12(a)(1)(A), a party shall plead in response to a complaint within 20 days after being served with the summons and complaint . If the party

fails to plead or otherwise defend itself, a default and a default judgment may be entered against that party. Fed.R.Civ.P. 55.

In this case, SunDance filed a Complaint against HMNH seeking payment for therapy services provided by it pursuant to a Therapy Services Agreement between the parties. HMNH was served with the summons and complaint on July 21, 2005. HMNH had twenty days from the date of service in which to respond. HMNH has not answered or otherwise responded to the complaint. SunDance has asked for a default judgment in the amount unpaid by HMNH for therapy services rendered by Sundance between October 2004 and May 2005. SunDance states that the total sum owed to SunDance is $136,746.92 ($127,456.93 for therapy services and $9,289.99 in late charges). *Ex. B, Affidavit of Regina Ries, Esq*. SunDance also states that it has incurred attorneys' fees and costs in the amount of $7,000.00. *Ex. E., Affidavit of Christopher D. Bell, Esq*.

Based upon the evidence before the Court, the Court finds that the Plaintiff's motion for default judgment should be and hereby is **granted**. A separate judgment in the amount of $143, 746.92 in favor of the Plaintiff, SunDance Rehabilitation Corporation, and against the Defendant, Hillsboro Manor Nursing Home, Inc., will be entered.

IT IS SO ORDERED, this 4th day of October, 2005.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge