IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SUNDANCE REHABILITATION
CORPORATION                                                              PLAINTIFF

VS.                              CASE NO. 05-1046

HILLSBORO MANOR NURSING
HOME, INC.                                                               DEFENDANT

## DEFAULT JUDGMENT

On this 4th day of October, 2005, in accordance with the Order of even date, the Court awards a Default Judgment in the above styled and numbered case in favor of the Plaintiff, SunDance Rehabilitation Corporation, and against the Defendant, Hillsboro Manor Nursing Home, Inc. Plaintiff is awarded damages in the amount of $136, 746.92, along with attorneys' fees and costs in the amount of $7,000.00.

IT IS SO ORDERED.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge